United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS LEE JACKSON, | No. C 05-4889 MHP (pr) |
| Petitioner, | **ORDER** |
| v. | |
| RICHARD KIRKLAND, warden, | |
| Respondent. | |

Petitioner's motion to disqualify the California Attorney General's office from acting as counsel to respondent due to bias and a conflict of interest is DENIED. (Docket # 41.) Respondent's answer has now been filed, making moot his complaints about the delay in filing of an answer, and petitioner's allegation of a conflict of interest has no support.

Petitioner's motion for appointment of counsel to represent him is DENIED. (Docket # 49.) A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. See Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. See id. The interests of justice do not require appointment of counsel in this action.

IT IS SO ORDERED.

DATED: November 15, 2007

_____
Marilyn Hall Patel
United States District Judge