UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS LEE JACKSON, | No. C 05-4889 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RICHARD KIRKLAND, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 18, 2008

Marilyn Hall Patel
United States District Judge